[No. 61378-2-I.   Division One.   September 28, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. TAIWANDRIC RUSSELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-09469-1, Deborah D. Fleck, J., entered March 10, 2008. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Agid and Appelwick, JJ.

[No. 61544-1-I.   Division One.   September 28, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA JAMES ISLER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 06-1-03228-9, Richard J. Thorpe, J., entered August 20, 2007. *Affirmed* by unpublished opinion per Lau, J., concurred in by Schindler, C.J., and Dwyer, J.

[No. 61660-9-I.   Division One.   September 28, 2009.]

*In the Matter of the Personal Restraint of* JOSEPH ALLEN BENNETT, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Dwyer, J., concurred in by Schindler, C.J., and Lau, J.

[No. 61851-2-I.   Division One.   September 28, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNY ANTHONY SHEARS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-04167-9, Richard D. Eadie, J., entered June 12, 2008. *Affirmed* by unpublished opinion per Lau, J., concurred in by Schindler, C.J., and Dwyer, J.